IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY, | § § § | No. 31, 2018 |
| Plaintiff Below, Appellant, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | Case No. N17J-04042 |
| ECC CENTCOM CONSTRUCTORS LLC and ECC INTERNATIONAL LLC, | § § § | |
| Defendants Below, Appellees. | | |

Submitted: August 15, 2018
Decided: August 29, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 29th day of August, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its January 3, 2018 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice